| | |
|---|---|
| TONI HARRIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:21-CV-236-M** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court ADOPTS the recommendation of the magistrate judge as its own. For the reasons stated therein, Plaintiff's motion for judgment on the pleadings [DE 18] is GRANTED, Defendant's motion for judgment on the pleadings [DE 22] is DENIED, and the matter is remanded to the Commissioner for further proceedings consistent with the M&R and this order.

**This Judgment Filed and Entered on August 3, 2022, and Copies To:**
Vaughn Stephen Clauson                                                (via CM/ECF electronic notification)
Mark J. Goldenberg                                                         (via CM/ECF electronic notification)

DATE:                                               PETER A. MOORE, JR., CLERK
August 3, 2022                                   (By) /s/ Nicole Sellers
                                                              Deputy Clerk